UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)     EL NACIONAL DE OKLAHOMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> 1)     TRAVELERS CASUALTY INSURANCE <br>         COMPANY OF AMERICA, <br><br> Defendant. | Case No. CIV-14-728-D |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 & 1446(a) and LCvR 81.2, Defendant Travelers Casualty Insurance Company of America (hereinafter "Defendant"), hereby gives notice of the removal of the above-captioned action from the District Court of Oklahoma County, Oklahoma to this Court. In support of this Notice of Removal, the Defendant states as follows:

1. On May 28, 2014, Plaintiff, El Nacional de Oklahoma, Inc., filed Plaintiff's Original Petition in the District Court of Oklahoma County, Oklahoma against the Defendant Travelers Casualty Insurance Company of America. Plaintiff is a corporation registered in the State of Oklahoma. Defendant is a foreign corporation doing business in the State of Oklahoma. On its face, Plaintiff's Original Petition seeks actual damages in excess of $75,000 and additional punitive damages in excess of $75,000. Plaintiff's Original Petition requests a jury trial.

2.	Defendant was served with the Summons and Petition through the Insurance Commissioner of the State of Oklahoma as the designated agent for service of process of foreign insurance companies doing business in the State of Oklahoma on July 1, 2014.

3.	Defendant hereby serves Notice of Removal of this action pursuant 28 U.S.C. § 1446(b).  This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332 because Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00.

4.	A copy of the docket sheet, all process, pleadings, papers, and orders served in the State Court action are attached to this Notice of Removal as Exhibits 1, 2, 3, 4, and 5 as required by 28 U.S.C. § 1446(a) and LCvR 81.2.

5.	Defendant has filed a copy of this Notice of Removal with the District Court for Oklahoma County, as required by 28 U.S.C. § 1446(d) and LCvR 81.2.  A copy of the Notice to be filed in the Oklahoma State Court is attached hereto as Exhibit 6.

WHEREFORE, Defendant hereby removes the above-captioned action now pending in the District Court of Oklahoma County, Oklahoma to this Court.

DATED this 10th day of July, 2014.

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**, A Professional Corporation

*/s/ Darrell W. Downs, OBA #12272*
R. STRATTON TAYLOR, OBA #10142
Email: staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Email: ddowns@soonerlaw.com
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:  918/343-4100
Facsimile:   918/343-4900
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

☒ I hereby certify that on the 10th day of July, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Sherri R. Katz
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
sherri@vosslawfirm.com

☐ I hereby certify that on the _____ day of _____, 2014, I served the attached document by U.S. Mail, postage prepaid, on the following, who are not registered participants of the ECF System:

*/s/ Darrell W. Downs, OBA #12272*

Respectfully submitted,

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**, A Professional Corporation

*/s/ Darrell W. Downs, OBA #12272*
R. STRATTON TAYLOR, OBA #10142
Email: staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Email: ddowns@soonerlaw.com
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:  918/343-4100
Facsimile:   918/343-4900
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

☒ I hereby certify that on the 10th day of July, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Sherri R. Katz
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
sherri@vosslawfirm.com

☐ I hereby certify that on the _____ day of _____, 2014, I served the attached document by U.S. Mail, postage prepaid, on the following, who are not registered participants of the ECF System:

*/s/ Darrell W. Downs, OBA #12272*