UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)EL NACIONAL DE OKLAHOMA, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>1)  TRAVELERS CASUALTY INSURANCE<br>    COMPANY OF AMERICA,<br><br>        Defendant. | Case No. CIV-14-728-D |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, El Nacional De Oklahoma, Inc. and Defendants, The Travelers Casualty Insurance Company of America and hereby stipulate to the dismissal of this above-captioned action to future re-filing pursuant to Fed.R.Civ.P. 41.

Respectfully submitted,

**VOSS LAW FIRM**

*[signature]*

Scott G. Hunziker, Texas Bar #24032446
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, TX  77380
Telephone:    (713)861-0015
Facsimile:    (713)861-0021
Email:  scott@vosslawfirm.com
*Attorney for Plaintiff*

1

**TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY & RUSSELL**,
A Professional Corporation

*/s/ Darrell W. Downs, OBA #12272*
R. STRATTON TAYLOR, OBA #10142
Email: staylor@soonerlaw.com
DARRELL W. DOWNS, OBA #12272
Email: ddowns@soonerlaw.com
C. ERIC PFANSTIEL, OBA #16712
Email:  epfanstiel@soonerlaw.com
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:    918/343-4100
Facsimile:    918/343-4900
***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

☒ I hereby certify that on the 22nd day of June, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Scott G. Hunziker
Email: scott@vosslawfirm.com
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, TX  77380
    and
David Bernstein, OBA #010207
Email: DBNormanOK@aol.com
Bernstein Law Firm
Bernstein Law Building
P.O. Box 1692
104 W. Gray Street
Norman, OK  73070
*Attorneys for Plaintiff*

☐ I hereby certify that on the 22nd day of June, 2016, I served the attached document by U.S. Mail, postage prepaid, on the following, who are not registered participants of the ECF System:

                                                      */s/ Darrell W. Downs, OBA #12272*